*curiae,* in support of the petition.

Nos. 994 and 995. MERCOID CORPORATION *v.* MINNE-APOLIS-HONEYWELL REGULATOR CO. June 7, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Geo. L. Wilkinson* for petitioner. *Messrs. W. P. Bair* and *Will Freeman* for respondent.

No. 997. MARVICH *v.* CALIFORNIA ET AL. June 7, 1943. Petition for writ of certiorari to the Supreme Court of California granted. *Mike Marvich, pro se. Mr. Eugene M. Elson* for respondents.

No. 419. R. SIMPSON & Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. See *post,* p. 778.

No. 1010. ICKES, SECRETARY OF THE INTERIOR, ET AL. *v.* ASSOCIATED INDUSTRIES OF NEW YORK STATE, INC. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* and *Messrs. Warner W. Gardner* and *Arnold Levy* for petitioners. *Mr. Horace R. Lamb* for respondent.

No. 930. JOHN V. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 931. E. W. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;